UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALEJANDRO TORRES BARAJAS,

Petitioner,

v.

ADELANTO ICE PROCESSING CENTER, *et al.*,

Respondents.

No. 5:26-cv-00178-DOC-DSR

**ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

**IT IS ORDERED THAT** pursuant to 28 U.S.C. § 2241, and as stipulated by the parties, the Petition for Writ of Habeas Corpus in this action shall be granted and that the judgment shall be entered by the Court accordingly at this juncture, without requiring any further proceedings, consistent with the reasons and findings that are already set forth in the Court's order granting the Temporary Restraining Order (ECF 4).

Dated: May 26, 2026

_David O. Carter_

HONORABLE DAVID O. CARTER
United States District Judge

1