**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO TORRES BARAJAS,<br><br>Petitioner,<br><br>v.<br><br>ADELANTO ICE PROCESSING CENTER, *et al.*,<br><br>Respondents. | No. 5:26-cv-00178-DOC-DSR<br><br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition and Entry of Judgment under 28 U.S.C. § 2241, it is adjudicated that the Petition is **GRANTED** consistent with the reasons and findings that are already set forth in the Court's order granting the Temporary Restraining Order (ECF 4).

The Clerk of Court is directed to **CLOSE** the case.

Dated: May 26, 2026

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge

1